UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

DISH NETWORK L.L.C., et al,

   Plaintiffs,

 v.

QUAN TRINH,

   Defendant.

Case No.: SACV 15-01646-CJC(DFMx)

PERMANENT INJUNCTION

DEFENDANT QUAN TRINH IS HEREBY PERMANENTLY ENJOINED FROM:

1. manufacturing, importing, offering to the public, providing, or otherwise trafficking in passcodes to the NFPS service, any other code or password used in

accessing an IKS server, and any other technology or part thereof that is used in circumventing the plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC's (collectively, "DISH Network's") security system or receiving DISH Network programming without authorization;

2. circumventing or assisting others in circumventing the DISH Network security system, or receiving or assisting others in receiving DISH Network's satellite signal without authorization; and

3. testing, analyzing, reverse engineering, manipulating, or extracting code, data, or information from DISH Network's satellite receivers, smart cards, satellite stream, or any other part or component of the DISH Network security system.

This permanent injunction takes effect immediately. The Court shall retain jurisdiction of this action to enforce its terms.

DATED: February 3, 2016

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE