# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

|  |  |
|---|---|
| DISH NETWORK L.L.C., et al, <br><br> Plaintiffs, <br><br> v. <br><br> QUAN TRINH, <br><br> Defendant. | Case No.: SACV 15-01646-CJC(DFMx) <br><br> JUDGMENT |

## JUDGMENT

1. Judgment is entered in favor of plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC (collectively, "DISH Network") on

Count I of the complaint, which alleges defendant Quan Trinh's violation of 17 U.S.C. § 1201(a)(2).

2. Statutory damages of $132,000 are awarded to DISH Network on Count I, in accordance with 17 U.S.C. § 1203(c)(3)(A).

The Court retains jurisdiction over this action for the purpose of enforcing this final judgment and the accompanying permanent injunction.

IT IS SO ORDERED

    DATED: February 3, 2016

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE